| | |
|---|---|
| 1 | P. Kristofer Strojnik (SBN 242728) |
| 2 | pstrojnik@strojniklaw.com |
|   | Esplanade Center III, Suite 700 |
|   | 2415 East Camelback Road |
| 3 | Phoenix, Arizona 85016 |
|   | T: 415-450-0100 |
| 4 | |
| 5 | Attorneys for Plaintiff |
|   | THERESA BROOKE |
| 6 | Dick A. Semerdjian (SBN 123630) |
|   | Sofia N. Carrasco (SBN 358234) |
| 7 | **SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP** |
|   | 101 West Broadway, Suite 810 |
| 8 | San Diego, CA 92101 |
|   | Telephone No. 619.236.8821 |
| 9 | Facsimile No. 619.236.8827 |
|   | Email:      das@sscelaw.com |
| 10 |              sofia@sscelaw.com |
| 11 | Attorneys for Defendant |
|    | LEGOLAND CALIFORNIA LLC |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No. 3:25-cv-00199-AGS-KSC |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| LEGOLAND CALIFORNIA LLC, a California limited liability company, | Judge:    Hon. Andrew G. Schopler |
|  | Magistrate: Hon. Karen S. Crawford |
| Defendants. | |

Plaintiff THERESA BROOKE ("Plaintiff") and Defendant LEGOLAND CALIFORNIA LLC ("Defendant" and collectively, the "Parties") respectfully submit this Joint Notice of Settlement to the Court.  The Parties have reached a settlement and are working towards executing the settlement agreement.  A motion for dismissal with prejudice will be filed no later than ten (10) days from Plaintiff's receipt of the settlement proceeds.

Dated:  February 26, 2025

By: *s/P. Kristofer Stroinik*
P. Kristofer Strojnik
Attorneys for Plaintiff
THERESA BROOKE

Dated:  February 26, 2025

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

By: *s/Dick A. Semerdjian*
Dick A. Semerdjian
Sofia N. Carrasco
Attorneys for Defendant
LEGOLAND CALIFORNIA LLC