| | |
|---|---|
| 1 | P. Kristofer Strojnik, State Bar No. 242728 |
| 2 | pstrojnik@strojniklaw.com |
|   | Esplanade Center III, Suite 700 |
| 3 | 2415 East Camelback Road |
|   | Phoenix, Arizona 85016 |
| 4 | Telephone:  (415) 450-0100 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | THERESA BROOKE |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:25-cv-199 |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| LEGOLAND CALIFORNIA LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above case with prejudice. Fed.R.Civ.P. 41(a)(1). Each party to bear their own fees and costs.

RESPECTFULLY SUBMITTED this 14th day of April, 2025.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff